**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

RODNEY M. TARUFELLI,

     Plaintiff,

  vs.                                                      Case No. 1:10-cv-1238 JB/DJS

UNITED STATES OF AMERICA,

     Defendant.

## ORDER SETTING RULE 16 SETTLEMENT CONFERENCE

     In an effort to facilitate a final disposition of this case, a mandatory settlement conference will be conducted by this Court in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure.  The settlement conference will be held on **September 7, 2011**, at **8:30 a.m.**, in Magistrate Judge Svet's chambers, on the sixth floor of the **Pete V. Domenici United States Court House, 333 Lomas N.W., Suite 630**, Albuquerque, New Mexico.  Prior to this conference, counsel and their respective clients shall confer in a good faith effort to resolve the litigation.  At the settlement conference, counsel should be prepared to certify that the parties have previously conferred in a good faith effort to settle.

     Counsel for each party shall submit to the Court, no later than **August 30, 2011**, a concise, confidential letter outlining the strengths and weaknesses of their cases and their position with regard to settlement.  The letters may be submitted via facsimile to (505) 348-2344 or via email to svetchambers@nmcourt.fed.us.

     Parties and counsel must attend the settlement conference in person.  In accordance with D.N.M.LR-Civ. 16.2, the party or designated representative with final settlement authority must attend the settlement conference.  Only one attorney for each party shall be permitted to appear.

Any additional attorneys may appear only upon prior leave of Court.  The purpose of this instruction is to reduce unnecessary costs to the parties.

_____
**DON J. SVET**
**United States Magistrate Judge**