IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RODNEY M. TARUFELLI,

    Plaintiff,

  vs.                                           NO. 1:10-CV-01238 JB/DJS

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

    The parties, Plaintiff Rodney M. Tarufelli, and Defendant United States of America, by and through their undersigned counsel of record, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own fees, costs, and expenses.  This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                                            Respectfully submitted,

                                            BARUDIN LAW FIRM, P.C.

                                             Approved 8/1/11
                                            Theodore W. Barudin, Esq.
                                            7900 Menaul Blvd., N.E.
                                            Albuquerque, New Mexico 87110
                                            (505) 332-1800
                                            barudinlaw@aol.com
                                            Attorney for Plaintiff

        KENNETH J. GONZALES
        United States Attorney

        *Filed electronically 8/3/11*
        PHYLLIS A. DOW
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, New Mexico 87103
        (505) 346-7274
        Attorney for Defendant
        E-mail: phyllis.dow@usdoj.gov

N:\PDow\Tarufelli\Stipulation for dismissal.wpd