IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RODNEY M. TARUFELLI,

    Plaintiff,

vs.                                                                                                  No. CIV 10-1238 JB/DJS

UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed August 3, 2011 (Doc. 23), which stipulates to the dismissal of the action with prejudice, with the parties to bear their own fees, costs, and expenses. Because the stipulation disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, that Plaintiff Rodney M. Tarufelli's claims are dismissed with prejudice, and that this case is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Theodore W. Barudin
Barudin Law Firm, P.C.
Albuquerque, New Mexico

    *Attorneys for Plaintiff*

Kenneth J. Gonzales
United States Attorney
Phyllis A. Dow
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendants*